IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00969-JLK-GJR

ANDREW R. NEWMAN,

    Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC., and
ED BOZARTH CHEVROLET PONTIAC & BUICK, INC.,

    Defendants.

## ORDER RE: MOTION TO AMEND COMPLAINT

    IT IS ORDERED that the Plaintiff's Motion to Amend Complaint is GRANTED.

Dated this 22nd day of June, 2007.

FOR THE COURT

s/ Gudrun J. Rice

Gurdun J. Rice
U.S. Magistrate Judge