## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00969-JLK-GJR

ANDREW R. NEWMAN,

    Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC., and
ED BOZARTH CHEVROLET PONTIAC & BUICK, INC.,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO ATTEND SCHEDULING CONFERENCE BY TELEPHONE

---

THIS MATTER comes before the Court on the Unopposed Motion for Leave to Attend Scheduling Conference by Telephone filed by Defendants Ed Bozarth Chevrolet Company, Inc. and Ed Bozarth Chevrolet Pontiak & Buick, Inc. The Court, having reviewed the Motion, and being fully advised in the premises,

HEREBY GRANTS Defendants leave to attend the August 29, 2007 Scheduling Conference by telepone.

Dated this 16th day of August, 2007.

BY THE COURT:

_____
United States District Court
U.S. Magistrate Judge