IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00969-JLK-GJR

ANDREW R. NEWMAN,

    Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC., and
ED BOZARTH CHEVROLET PONTIAC & BUICK, INC.,

    Defendants.

## ORDER REGARDING DEFENDANT'S MOTION FOR PROTECTIVE ORDER

THIS MATTER comes before the Court on Defendant's Motion for Protective Order (Doc. 53).

On February 4, 2008 the Court heard argument from counsel regarding the above-referenced Motion. Having reviewed the Motion, reviewed the corresponding response and reply, and considered the arguments presented by counsel during hearing, the Court hereby Orders:

(1) Defendant's Motion for Protective Order (Doc. 53) is GRANTED IN PART and DENIED IN PART as follows:

    (a) The Court hereby Orders that Plaintiff is not entitled to discovery solely to develop new claims that are not already identified in the pleadings, or for the purpose of asserting causes of action against entities that have been dismissed;

    (b) The Court hereby Orders that the parties may undertake any discovery upon information, not privileged, that is relevant to the claims and defenses asserted in the Amended Complaint, including, to the extent such evidence falls within that scope, information on the course

of conduct, corporate structure and ownership of dealerships in which Mr. Bozarth is involved;

(c) The Court orders that the rules of discovery shall be liberally construed to permit discovery upon any information, not privileged, which is relevant to claims made in the Amended Complaint; and

(d) The Court DENIES Defendant's Motion in all other respects; and

(2) The request for attorney fees is DENIED.

Dated this 13th day of February, 2008.

FOR THE COURT

s/ Gudrun J. Rice

Gudrun J. Rice
U.S. Magistrate Judge