IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00969-JLK-GJR

ANDREW R. NEWMAN,

      Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC., and
ED BOZARTH CHEVROLET PONTIAC & BUICK, INC.,

      Defendants.

---

## ORDER REGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

---

THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time to Extend Discovery Deadline for Amendment of Pleadings and Joinder of Parties (Doc. 57).

On February 4, 2008 the Court heard argument from counsel regarding the above-referenced Motion. Having reviewed the Motion, reviewed the corresponding response and reply, and considered the arguments presented by counsel during hearing, the Court hereby Orders:

(1)    Plaintiff's Motion for Extension of Time (Doc. 57) is DENIED, provided, however, that Plaintiff may file a motion to amend his complaint within a reasonable time following the deposition of J. Edward Bozarth. The motion to amend will be considered by the Court. Ruling on any motion to amend will be in accordance with the federal rules of civil procedure.

(2)     The request for attorney fees is DENIED.

Dated this 13th day of February, 2008.

FOR THE COURT

s/ Gudrun J. Rice

_____
Gudrun J. Rice
U.S. Magistrate Judge