IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00969-JLK-GJR

ANDREW R. NEWMAN,

       Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC., and
ED BOZARTH CHEVROLET PONTIAC & BUICK, INC.,

       Defendants.

---

**ORDER REGARDING DEFENDANT'S <u>UNOPPOSED</u> MOTION TO AMEND SCHEDULING ORDER**

---

THIS MATTER comes before the Court on Defendant's <u>Unopposed</u> Motion for Protective Order. Having reviewed the Motion, the Court hereby Orders:

(1)    Defendant's <u>Unopposed</u> Motion to Amend Scheduling order is GRANTED:

    (a)    The Scheduling Order is hereby amended as follows:

        (i)    Section 8e(3) is amended to reflect that the parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 24, 2008; and

        (ii)    Section 8e(4) is amended to reflect that the parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 23, 2008.

Dated this 19th day of Feb, 2008.

BY THE COURT:

*[signature]*

The Honorable Gudrun J. Rice
Magistrate Judge
United States District Court