IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00969-JLK-GJR

ANDREW R. NEWMAN,

    Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC., and
ED BOZARTH CHEVROLET PONTIAC & BUICK, INC.,

    Defendants.

---

### ORDER REGARDING DEFENDANT'S <u>UNOPPOSED</u> MOTION TO AMEND SCHEDULING ORDER

---

THIS MATTER comes before the Court on Defendant's <u>Unopposed</u> Motion to Amend Case Caption. Having reviewed the Motion, the Court hereby Orders:

    (1)    Defendant's <u>Unopposed</u> Motion to Amend Case Caption is GRANTED:

        (a)    The Caption in this case shall reflect as follows:

Civil Action No. 07-CV-00969-JLK-GJR

ANDREW R. NEWMAN,

    Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC.,

    Defendant.

Dated this 15th day of Feb, 2008.

BY THE COURT:

/s/ Gudrun J. Rice
The Honorable Gudrun J. Rice
Magistrate Judge
United States District Court