IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

| | |
|---|---|
| Civil Action No. 07-cv-00969-JLK-GJR | Clerk: Micki Spolar |
| Date: June 06, 2008 | Recorder: FTR GJR AM |
| ANDREW R. NEWMAN, | Counsel Peter Ricciardelli |
| Plaintiff, | |
| vs. | |
| ED BOZARTH CHEVROLET COMPANY, INC., | Counsel Christopher Zenisek |
| Defendant. | |

## MOTIONS HEARING

Court in Session: 9:06 a.m.

Court calls case and appearances of counsel. Counsel appeared in person.

Motions considered:
(76) Defendant's Motion to Compel Production of Documents
(78) Plaintiff' Motion to Strike Defense Expert Testimony and Report

Court heard argument of counsel on Motions.

**ORDERED:** (78) Motion to Strike Defense Expert Testimony and Report is DENIED.

Court in recess: 9:51 a.m.
Court reconvenes: 10:08 a.m.

**ORDERED:** (76) Motion to Compel Production of Documents is DENIED as moot. Court takes attorney fees issue under advisement.

Court set briefing schedule for Notice of class certification: due by June 20, response due July 15, and reply due July 31, 2008.

Hearing Concluded
Court in Recess: 10:27 a.m.

Time in Court: 1 hour, 4 minutes