IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Civil Action No. 07-CV-00969-JLK-GJR

ANDREW R. NEWMAN,

     Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC.,

     Defendant.

_____

**ORDER DENYING AS MOOT AURORA BOZARTH'S MOTION TO POSTPONE CLASS
CERTIFICATION BRIEFING PENDING RESOLUTION OF SUMMARY JUDGMENT,
AND REQUEST FOR HEARING**
_____

THIS MATTER is before the Court on Aurora Bozarth's Motion to Postpone Class

Certification Briefing Pending Resolution of Summary Judgment and Request for Hearing. The

Defendant filed on June 30, 2008 a withdrawal of Motion to Postpone Class Certification Briefing

Pending Resolution of Summary Judgment and Request for Hearing. (docket # 110)

The Court, having reviewed the Motion, the file, and the Defendant's withdrawal of the

motion and being fully apprised, hereby Denies the Motion as Moot.

Dated this 8th day of July, 2008.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge