IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00969-JLK-GJR

ANDREW R. NEWMAN,

    Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC.

    Defendant.

---

**ORDER ~~GRANTING~~ DENYING PLAINTIFF'S MOTION TO POSTPONE BRIEFING ON SUMMARY JUDGMENT PENDING RESOLUTION OF CLASS CERTIFICATION**

---

This Court, being advised in the premises, and upon review of the Plaintiff's Motion to Postpone Briefing on Summary Judgment Pending Resolution of Class Certification, hereby ORDERS:

1. Plaintiff's Motion to Postpone Briefing on Summary Judgment pending resolution of Class Certification is ~~GRANTED/~~DENIED.

Dated this 6th day of July, 2008.

BY THE COURT:

_____
Honorable Gudrun J. Rice
Magistrate Judge
UNITED STATES DISTRICT COURT