IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

| | |
|---|---|
| Civil Action No. 07-cv-00969-PAB-GJR | Deputy: M. Spolar |
| Date:   December 05, 2008 | Recorder: FTR GJR PM |
| ANDREW R. NEWMAN, | Counsel Peter Ricciardelli |
| | Brian Warwick |
|     Plaintiff, | |
| vs. | |
| ED BOZARTH CHEVROLET COMPANY, INC., | Counsel Christopher Zenisek |
| | David Powell |
|     Defendant. | |

## MOTION HEARING

Court in Session:   1:30 p.m.

Court calls case and appearances of counsel.  Brian Warwick and Peter Ricciardelli for the Plaintiff.  Christopher Zenisek and David Powell for the Defendant.

Motion considered:
(84)  Defendant's Motion for Summary Judgment.

Discussion among court and counsel concerning jurisdiction of federal court in this matter.

Plaintiff moves to withdraw count 1 of the Complaint which alleges a violation of the U.S. Truth in Lending Act.

Defendant has no objection to dismissal of count 1 reserving the right to petition the Court for attorneys fees.

Court recommends that count 1 be dismissed with prejudice.  Remaining counts 2, 3 and 4 of the Amended Complaint fall within the Court's supplemental jurisdiction (28 U.S.C. § 1367).

The Court in its discretion will continue to exercise jurisdiction over the remaining counts 2, 3 and 4 of the Amended Complaint pursuant to 28 U.S.C. § 1367.

Court asks counsel to address certain concerns in their argument re: Motion for Summary Judgment.

Mr. Zenisek's argument.

Mr. Warwick's response.

Mr. Zenisek's reply.

Further comments by both counsel and court.

FINDINGS:

Court finds that charging a fee for the preparation of legal documents, as part of the delivery and handling fee, is not determinative.

Court finds, based on the un-controverted facts before the court, and considering the case of *Denver Bar Association v. Public Utilities Commission*, 154 Colo. 273, 391 P.2d 467 (1964) that the Defendant did not engage in the practice of law when preparing legal documents related to the purchase and sale of a vehicle.

Court further finds, that charging a fee for the preparation of legal documents does not transform the action of preparing legal documents into unauthorized practice of law.

**RECOMMENDED:** Count 1 of the Amended Complaint be dismissed with prejudice.

**RECOMMENDED:** Defendant's Motion for Summary Judgment be granted. Defendant is requested to prepare order for Court's signature by no later than December 22, 2008.

Hearing Concluded
Court in Recess: 2:53 p.m.

Time in Court: 1 hour 23 minutes