IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 07-cv-00969-PAB-GJR

ANDREW R. NEWMAN,

    Plaintiff,

v.

ED BOZARTH CHEVROLET COMPANY, INC.,

    Defendant.

---

ORDER RE: DEFENDANT'S MOTION TO STRIKE
PROPOSAL TO BIFURCATE (docket # 132)

---

    Pending before me is Defendant's Motion to Strike Proposal to Bifurcate. (Docket # 132) Considering the Report and Recommendation entered by the undersigned Magistrate Judge on January 15, 2009 (Docket # 150) and the current status of the Motion for Class Certification (Docket # 104) and Amended Motion for Class Certification (Docket # 107), it is ORDERED that Defendant's Motion to Strike Proposal be denied as moot.

    Dated this 6th day of February, 2009.

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
United States Magistrate Judge